UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

        Case No. 09-77207-reg
        Chapter 7

**NOTICE OF APPEARANCE**

NIRMAL S. BAL and KULWINDER KAUR,

        Debtors.

-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the COUNTY OF NASSAU by its attorneys, Lorna B. Goodman, County Attorney, by Marc Wieman, Deputy County Attorney, being a Claimant Party in Interest represented by the Nassau County Attorney, and pursuant to Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears in the above entitled action and demands service of all papers and notices of all proceedings herein.

      PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted of conveyed by mail, delivery, telephone, telegram, telex or otherwise which affect or seeks to affect in any way, any rights, claims or interest of Nassau County.

Dated: Mineola, New York
       October 7, 2009

                                            LORNA B. GOODMAN
                                            County Attorney of Nassau County

                              S/_____
                                  Marc E. Wieman
                                  Deputy County Attorney
                                  1 West Street
                                  Mineola, New York 11501

cc:  United States Bankruptcy Court
     Long Island Federal Courthouse
     209 Federal Plaza
     P.O. Box 9013
     Central Islip, NY  11722-4437