UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X Case No. **-09-77207-reg**
IN RE:

**NIRMAL BAL**
**KULWINDER KAUR**

Debtors
------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

Upon Notice of Motion of Harish Sethi, the landlord of property bearing address 40 Middle Lane Jericho, NY 11753 seeking relief from the Automatic Stay dated July 29, 2010, with exhibits attached thereto, with proof of service upon the Trustee and Debtor and Debtor's attorney and there being no opposition thereto, it is hereby:

**ORDERED** that automatic stay in effect pursuant to 11 USC section 362 (a) is hereby vacated for cause pursuant to 11 U.S.C. Section 362 (d) as to the landlord Harish Sethi regarding his residential property where debtor resides with his family. Harish Sethi, the landlord is hereby permitted to take any and all actions under applicable state law to prosecute his claims against and eviction of the debtor from the premises known as 40 Middle Lane Jericho, NY 11753 and, it is further

**ORDERED** that the Movant shall mail a copy of this order to the Debtor, Panel Trustee and Debtor's attorney.

Dated: October 7, 2010
NEWYORK

/s/ ROBERT E GROSSMAN
Judge